IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA    RECEIVED
_____ DIVISION

2016 OCT 12  A 10: 39

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT,
MIDDLE DISTRICT ALA

Inez Palmer
PO Box 9052
Montgomery al 3608
_____
Plaintiff(s),

CIVIL ACTION NO. 2:16-cv-815-MHT-GMB

JURY DEMAND (MARK ONE)

☒YES    ☐NO

v.
Saith K. White
_____
_____
Defendant(s).

## COMPLAINT

1. Plaintiff(s)' address and telephone number: Inez Palmer
P.O. Box 9052 Montgomery Ala 3608

2. Name and address of defendant(s): _____

3. Place of alleged violation of civil rights: Yes We Need justice

4. Date of alleged violation of civil rights: FRom 2005 - 2010 - to Now 2016

5. State the facts on which you base your allegation that your constitutional rights have been violated: _____

1

6.      Relief requested:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Date:_____        Inez Palmer_____

Oct 12, 2016                    **Plaintiff(s) Signature**

                                Inez Palmer

2